April 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE ESTATE OF ROSA ELVIA GUERRERO, DECEASED

NO. 14-13-00580-CV

_____

This cause, an appeal from the order denying appellant's motion to compel arbitration signed June 25, 2013, was heard on the transcript of the record.

We grant appellant's motion for en banc rehearing, order the Marjority and Dissenting Opinions issued September 4, 2014, withdrawn, **VACATE** our judgment issued September 4, 2014, and issue this judgment in its stead with our issuance of the court's Majority and Dissenting En Banc Opinions.

We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Mike Hall Chevrolet, Inc. d/b/a Champion Chevrolet, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.